IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HERB KIMBLE | No. 3:19-cr-00277-JFA<br><br>**WAVIER OF APPEARANCE** |

    I, Herb Kimble, defendant in the above-referenced matter am aware there is a hearing on the Consent Motion to Continue Sentencing taking place in my case on August 1, 2024. I hereby waive my right to attend the motion's hearing and authorize my attorney James M. Griffin to participate on my behalf.

_____
Herb Kimble

                              Respectfully submitted,

                By:    _s/ James M. Griffin_
                            James M. Griffin, Fed. ID. No. 1053
                            Margaret N. Fox, Fed. ID. No. 10576
                            GRIFFIN HUMPHRIES LLC
                            4408 Forest Dr., Suite 300 (29206)
                            Post Office Box 999 (29202)
                            Columbia, South Carolina
                            (T) 803.744.0800
                            (F) 803.744.0805
                            jgriffin@griffinhumphries.com
                            mfox@griffinhumphries.com

                Attorneys for Herb Kimble

Columbia, South Carolina
July 31, 2024